UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *KAY M. DEITERING*                                                Case No.:   *06-03154-8-RDD*

REPORT OF UNCLAIMED DIVIDEND

    The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

    1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *BANK OF AMERICA*<br>*PO BOX 53160*<br>*PHOENIX, AZ 85072* | $53.30 |

    2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

    WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  February 3, 2011

    /S/ RICHARD M. STEARNS
    RICHARD M. STEARNS
    Chapter 13 Trustee
    Post Office Box 2218
    Kinston, North Carolina 28502
    Phone:  (252) 523-2295